In the Matter of the Estate of ADAM G. THOMPSON, Deceased.

ARLIE G. S. THOMPSON, Respondent; FLORENCE THOMPSON, as Administratrix, Appellant.

Argued June 4, 1941; decided July 29, 1941.

*John F. McNulty* for appellant.

*Philip Halpern* and *Milton H. Friedman* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.